UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JOHNNY LOVEJOY, | ) | CASE NO. 5:15-cv-1487 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| | ) | |
| DEFENDANT. | ) | |

On April 18, 2016, Magistrate Judge Thomas M. Parker issued a Report and Recommendation ("R&R") that the final decision of the Commissioner be vacated and remanded for further proceedings, pursuant to 42 U.S.C. § 405(g), sentence four. (Doc. No. 15.) Defendant Commissioner of Social Security has advised the Court that there will be no objections to this recommendation.

The Court has examined the R&R and agrees with its conclusion that the Administrative Law Judge's "failure to provide sufficiently specific good reasons for discounting [plaintiff's treating physician's] opinion as to the lifting limitations of Mr. Lovejoy is not 'harmless error' in this case." (R&R at 579.)[1] As a result, "meaningful review" is not possible. (*Id.*) Therefore, pursuant to Fed. R. Civ. P. 72(b)(3), the Court accepts the recommendation of the Magistrate Judge, and adopts the reasoning of the R&R.

---

[1] All page number references are to the page identification number generated by the Court's electronic docketing system.

Accordingly, the Commissioner's final decision denying plaintiff Johnny Lovejoy's claim for Disability Insurance Benefits and for Supplemental Security Income is **VACATED** and **REMANDED** for further proceedings.

**IT IS SO ORDERED**.

Dated: May 3, 2016

                                                  **HONORABLE SARA LIOI**
                                                  **UNITED STATES DISTRICT JUDGE**